UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Ronnie Cavallo_

Write the full name of each plaintiff.

\_\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

_HPD. Section 8_
_Goddard Riverside_

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Civil Liberties by Section 8 HPD by wrongfully ~~deterring~~ Deny me to Expand my Living Stomen.

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
              (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| First Name | Middle Initial | Last Name | |
|---|---|---|---|

Street Address

| County, City | | State | Zip Code |
|---|---|---|---|

| Telephone Number | Email Address (if available) |
|---|---|

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _____
                First Name                Last Name

              _____
              Current Job Title (or other identifying information)

              _____
              Current Work Address (or other address where defendant may be served)

              _____
              County, City              State              Zip Code

Defendant 2: _____
                First Name                Last Name

              _____
              Current Job Title (or other identifying information)

              _____
              Current Work Address (or other address where defendant may be served)

              _____
              County, City              State              Zip Code

Defendant 3: _____
                First Name                Last Name

              _____
              Current Job Title (or other identifying information)

              _____
              Current Work Address (or other address where defendant may be served)

              _____
              County, City              State              Zip Code

Defendant 4: _____
　　　　　　　First Name　　　　　　　　Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City　　　　　　State　　　　　　Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _166 West 84th St. (Capitol Hall), NY NY 10024_

Date(s) of occurrence: _HPD Section 8, 60/6 ST, New York, NY_

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Previously in shelter and was transferred to Valley Lodge Transitional shelter. Upper Westside Federated. The Social Worker and Director were supportive and professional. I was transferred to an SRO after applying for Social Security Disability for medical reasons. (I was having another stroke/mills, heart disease, neurological difficulty and hypertension a) The transfer was a place and not familiar with SRO's. My Next Door Neighbor was a hoarder and my space-studio was infested with roaches including the inside of dresser and on the bed. The exterminator treated my studio told me you are getting roaches from your neighbor. I also had to share Bathroom that Neighbor hoarder Bathroom. Social worker was not cooperative and management ignored it most of the time. I had a heart attack in Hospital and I was having another heart attack is when the Director transferred me to upper floor with private Bathroom. Also the SRO's has infested kitchens to share with Neighbor.

I suffered for close to 14-15 yrs of my life that originally I had lived in Westchester County in a private house in Yonkers, bordering Bronxville NY.

Page 5

I had submitted application to Goddard Riverside on Capitol Hall SRO. Not aware of circumstances the following:

1) Neighbors allowed to have dogs in bldg not supportive but for a pet
2) Heavy drug trafficking cocaine, crack, possible heroin going up + down stairwells especially during the night
3) 3-4 times attempted physical harm to me.
4) Mgt cannot handle the situation, social work is not existant Setting off fire alarms, violence, slamming doors, yelling in corridors

Section 8 HPD said after Covid and reopened firmly that I am in a Rehab/Program I am in no such Program/Rehab, no documentation. Spending money being paid to landlord under false pretenses and a lawsuit for damages.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

have suddenly developed tremors from involvement with crack in the air emotional stressful situation at times.

have heart disease that needs monitoring by cardiologist

stopped me Badly in relationship to share a home on Section 8 Due to. Containment in Capitol Hall against my decision.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Maximum amount of money tarnishing my reputation as a member and Singer of Canterbury Choral Society (Singing 32 years) And I have a Real Estate Salesperson License and put me in jeopardy of my business and reputation in the community by false statements and on file of mental reasons program rehab. Further from the truth. A complete investigation is warranted.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 05/31/24

Plaintiff's Signature: Ronnie Covallo

First Name: Ronnie     Middle Initial:     Last Name: Covallo

Street Address: 166 West 8th St 6L

County, City: New York     State: New York     Zip Code: 10024

Telephone Number: 917 200 2359

Email Address (if available): Louee oec Ronald Cava 2000@yahoo.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.